IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TALEAH RENEE MOORE
ADC #714848                                                                PLAINTIFF

v.                         No. 3:25-cv-92-DPM-JJV

NURZUHAL FAUST, Warden, McPherson
Unit, ADC; DEXTER PAYNE, Director,
ADC; JOHN MOSS, Deputy Assistant
Warden, McPherson Unit, ADC;
JOHNNIE SWIFT, Major, McPherson
Unit, ADC; ANNA HACKNEY, RN,
Director of Nursing, Wellpath, McPherson
Unit, ADC; ALAN ROGERS, Director of
Mental Health Services, Wellpath,
McPherson Unit, ADC; A. RUDD,
Sergeant, McPherson Unit, ADC;
GARLAND, Sergeant, McPherson Unit,
ADC; ANGEL SMITH, Corporal,
McPherson Unit, ADC; and WILLIAM
STRAUGHN, Deputy Assistant Director,
ADC                                                                        DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Moore's timely due process and conditions of confinement claims against Warden Faust, Deputy Assistant Warden Moss, Major Swift, Director Rogers, and Director Hackney go forward. Her remaining claims are

dismissed without prejudice. The Court instructs the Clerk to terminate Director Payne, Sergeant Rudd, Sergeant Garland, Corporal Smith, and Deputy Assistant Director Straughn as defendants.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 August 2025