# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TALEAH RENEE MOORE
ADC #714848                                                                    PLAINTIFF

v.                          No. 3:25-cv-92-DPM-JJV

NURZUHAL FAUST, Warden, McPherson
Unit, ADC; JOHN MOSS, Deputy
Assistant Warden, McPherson Unit, ADC;
JOHNNIE SWIFT, Major, McPherson
Unit, ADC; ANNA HACKNEY, RN,
Director of Nursing, Wellpath, McPherson
Unit, ADC; and ALAN ROGERS, Director
of Mental Health Services, Wellpath,
McPherson Unit, ADC                                                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 31*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 23*, granted. Moore's claims against Director Hackney and Director Rogers are dismissed without prejudice for failure to exhaust. The Court directs the Clerk to terminate Hackney and Rogers as defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2025