# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TALEAH RENEE MOORE**
**ADC #714848**                                                                     **PLAINTIFF**

v.                                      No. 3:25-cv-92-DPM-JJV

**NURZUHAL FAUST, Warden, McPherson**
**Unit, ADC;  JOHN MOSS, Deputy**
**Assistant Warden, McPherson Unit, ADC;**
**and JOHNNIE SWIFT, Major, McPherson**
**Unit, ADC**                                                                     **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 44*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motion for partial summary judgment, *Doc. 35*, granted.  Moore's claims against Deputy Warden Moss and Major Swift are dismissed without prejudice for failure to exhaust.  The Court directs the Clerk to terminate Moss and Swift as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
19 February 2026